PEOPLE v TILLEY. (Docket No. 58985.) Rehearing denied. *Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Edward Reilly Wilson,* Principal Attorney, Appeals, and *Frank J. Bernacki,* Assistant Prosecuting Attorney, for the people. *F. Lee Bailey, Kenneth J. Fishman,* and *Nederlander, Dodge & McCauley, P.C.,* for defendant-appellant. Reported at 405 Mich 38.

LEVIN, J., would grant rehearing to consider those issues as to which leave to appeal was granted by this Court but not addressed by it in its opinion on the case.

PERRY v KALAMAZOO STATE HOSPITAL. (Docket No. 59129.) Rehearing denied. *Feiger, Cousens & Boesky* for plaintiff-appellant. *Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, and *Thomas L. Casey,* Assistant Attorney General, for defendant-appellee. Reported at 404 Mich 205.

PEOPLE v BALDWIN. (Docket No. 59977.) Rehearing denied. *Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Edward Reilly Wilson,* Principal Attorney, Appeals, and *Andrea L. Solak,* Assistant Prosecuting Attorney, for the people. State Appellate Defender, *Daniel J. Wright,* Assistant Defender, for defendant-appellant. Reported at 405 Mich 550.

FANNON v CITY OF SOUTHFIELD. (Docket No. 61357.) Rehearing denied. *Gromek, Bendure & Thomas* for plaintiff-appellant. *Sigmund A. Beras,* City Attorney, *Robert J. Dotson,* Assistant City Attorney, and *Vandeveer, Garzia, Tonkin, Kerr & Heaphy* for defendants-appellees. Reported at 405 Mich 558.

PEOPLE v NEUMAYER. (Docket No. 59093.) Rehearing denied. *Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *L. Brooks Patterson,* Prosecuting Attorney, *Robert C. Williams,* Chief Appellate Counsel, and *Lawrence J. Bunting,* Assistant Prosecuting Attorney, for the people. *Taylor & Rubin* for defendant-appellee. Reported at 405 Mich 341.

